## AFFIDAVIT IN SUPPORT OF APPLICATION FOR COMPLAINT

## INTRODUCTION

I, Daniel Woloszynowski, Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), being first duly sworn, hereby depose and state as follows:

I am a Special Agent employed by the ATF and have been since May 2022. As a Special Agent with ATF, I am a federal law enforcement officer as described in 18 U.S.C. § 2510(7). I am responsible for investigating and enforcing violations of federal law in accordance with 18 U.S.C. § 3051. I, SA Daniel Woloszynowski, have completed in excess of 400 hours of instruction at the Federal Law Enforcement Training Center in Glynco, Georgia (FLETC) and graduated the Criminal Investigator Training Program and the ATF National Academy, Special Agent Basic Training (SABT). As an ATF Special Agent Assigned to the Newport News Satellite Office, I have investigated individuals for illegal possession and use of firearms, illegal possession, and distribution of controlled substances, and for committing violent crimes.

I have probable cause to believe that Brycen Scott **BEAL** (hereafter referred to as **BEAL**), has committed the following offenses in violation of federal law: Robbery Affecting Interstate Commerce, in violation of 18 U.S.C § 1951(a); and Discharge a Firearm During a Crime of Violence, in violation of 18 U.S.C. § 924(c)(1)(A)(iii).

## STATUTORY AUTHORITY

Title 18, United States Code, Section 1951(a) makes it a federal criminal offense to, in any way or degree obstruct, delay, or affect commerce or the movement of any article or commodity in commerce, by robbery or extortion or attempts or conspires so to do, or commits or threatens physical violence to any person or property in furtherance of a plan or purpose to do anything in violation of this section.

Title 18, United States Code, Section 924(c)(1)(a)(iii) makes it a federal criminal offense for anyone to discharge a firearm during and in relation to any crime of violence.

## PROBABLE CAUSE IN SUPPORT OF ARREST WARRANT

On February 21, 2023, at 1241 hours, Newport News Police Department (NNPD) Officer Ruhlen was entering the Patriots Crossing apartment complex, in the 400 block of Manor Road, Newport News, Virginia when she was flagged down by a male later identified as D.M. D.M. was driving a black Chrysler vehicle that had two gunshot holes in the windshield along with a shattered passenger front side window. D.M. stated he was, selling marijuana to an individual, later identified as **BEAL**, who robbed D.M. of the marijuana and subsequently shot D.M. in the left femur area. **BEAL** then fled towards the back of the complex, located at 448 Manor Road, Newport News, VA. Medics transported D.M. to the hospital with a non-life-threatening gunshot wound.

Law enforcement were able to obtain information about who lived in the apartment complex of 448 Manor Road through speaking with the property manager. A possible suspect was identified as living in specific apartment number hereafter referred to as "#X".

Officer Ruhlen notified Detective DeLuca that D.M. told Officer Ruhlen the suspect had a black, .40 Caliber handgun. D.M. told Officer Ruhlen the suspect was a light-skinned, black male wearing a black hoodie, dark pants, with a ponytail. While at the hospital, D.M. told law enforcement that D.M. communicated with the suspect regarding the sale of narcotics and has been doing so for several months. Law enforcement obtained consent to download the contents of D.M.'s cellphone, which revealed text messages between "bjbeal27@icloud.com" and the victim, D.M. There were several text messages between the suspect and D.M. regarding the purchase of a quantity of marijuana leading up to the shooting on February 21, 2023.

Law enforcement was able to watch video footage of the apartment complex parking lot, which showed the black Chrysler driven by D.M., pull in front of 448 Manor Road. A suspect was seen wearing a light-colored jacket with a dark colored backpack, along with dark colored jeans and shoes waiting outside the apartment. The suspect attempts to get into the D.M.'s driver side door but walks back to the passenger side door. The suspect opens the passenger side, reaches in, and a few seconds later, the suspect shoots several times at the vehicle as the suspect runs away. The black Chrysler then drives out of the parking lot. The suspect is seen running towards the back of 448 Manor Road.

Upon arrival to the scene at 448 Manor Road a crime scene was established by law enforcement. Nobody entered or left apartment #X. Officers attempted to speak to the leaseholder of the residence, but she would not allow anyone to enter the apartment. **BEAL** eventually walked out of apartment #X wearing the same pants and shoes seen in the video by law enforcement and was detained. A photo of **BEAL** was shown to the victim, D.M., who positively identified **BEAL** as the one who shot him.

A search warrant was obtained for 448 Manor Road, Apartment #X, Newport News, VA, where the following items of evidence were recovered:

| Item | Description | Location | Time |
|---|---|---|---|
| 100 | Black Glock 23 Gen 4 .40 caliber slide and grip (SN: VCR468) with red, white, and blue bands around grip | Backpack in closet of primary bedroom | 2114 hours |
| 101 | White 'Fruit of the Loom' sock containing 'SPEER 40 S+W' cartridge, firearm spring, and barrel (SN: VCR468) | Closet in primary bedroom | 2114 hours |
| 102 | Black digital scale with suspected marijuana residue | Front pocket of back pack in primary bedroom closet | 2114 hours |
| 102A | South Carolina Identification card in Brycen Scott Beal's name | Front pocket of backpack in primary bedroom closet | 2114 hours |
| 102B | $8.01 USD | Front pocket of backpack in primary bedroom closet | 2114 hours |
| 103 | White 'Fruit of the Loom' sock containing twenty one 'SPEER 40 S+W' cartridges | Closet in primary bedroom | 2112 hours |
| 104 | Black sock containing one 'SPEER 40 S+W' cartridge and three black .40 caliber firearm magazines | Closet in primary bedroom | 2114 hours |
| 105 | Dark blue 'North Face' backpack containing earring with clear stone, sealed 'Magnum' condom, and pen | Closet in primary bedroom | 2114 hours |
| 105A | $0.90 USD | Backpack in primary bedroom closet | 2114 hours |
| 105B | Plastic shopping bag containing six individual plastic bags containing suspected marijuana | Backpack in primary bedroom closet | 2114 hours |
| 106 | Gray and white 'Gemrock' size medium long sleeve | Washing machine | 2105 hours |
| 107 | Gray 'Jordan Craig' size medium zip up hoodie | Washing machine | 2105 hours |
| 108 | 'Legacy Edition' size 34/32 jeans with multicolored paint splatter | Washing machine | 2105 hours |

Three .40 caliber cartridge casings were recovered in the parking lot at the scene of the crime, on February 21, 2023, where D.M.'s vehicle, and D.M., were shot on video. Under NIBIN Acquisition Report #768-23-000534, NIBIN Technician K. Smith determined that the three cartridge cases recovered are associated with the Glock 23, Gen 4, .40 caliber, SN: VCR468, that was recovered during the search of apartment #X.

This affidavit contains only enough information to establish probable cause and does not contain all the facts or information known to members of the investigative team.

WHEREFORE, based upon the above information, your Affiant believes probable cause exists to charge Brycen **BEAL**, who has committed the following offenses in violation of federal law: Robbery Affecting Interstate Commerce, in violation of 18 U.S.C § 1951(a); and Discharge a Firearm During a Crime of Violence, in violation of 18 U.S.C. § 924(c)(1)(A)(iii).

FURTHER YOUR AFFIANT SAYETH NOT.

_____
Daniel Woloszynowski
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

This affidavit has been reviewed for legal sufficiency by Assistant United States Attorney Peter G. Osyf.

Reviewed: _____
Peter Osyf
Assistant United States Attorney

Subscribed and sworn to before me this **27th** day of July 2023, in the City of Norfolk, Virginia.

_____
The Honorable Lawrence R. Leonard
UNITED STATES MAGISTRATE JUDGE